**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

LARRY COLEMAN, #387120,
    Plaintiff,

vs.                                            Case No. 3:08cv468/MCR/EMT

WARDEN ELLIS, et al.,
    Defendants.
_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's report and recommendation dated November 17, 2008 (Doc. 7).  Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of any timely filed objections.

Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. Pursuant to 28 U.S.C. § 1915(g), this cause is **DISMISSED without prejudice** to Plaintiff's initiating a new cause of action accompanied by payment of the $350.00 filing fee in its entirety.

3. All pending motions are **DENIED as moot**.

**DONE AND ORDERED** this 17th day of December, 2008.

                                                       s/ *M. Casey Rodgers*
                                                   **M. CASEY RODGERS
                                                   UNITED STATES DISTRICT JUDGE**